# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 5:17CR230 |
| Plaintiff, | ) ) ) | |
| | ) | Judge John R. Adams |
| - vs - | ) ) | **O R D E R** |
| Dante Dixon | ) ) | |
| Defendant. | ) | |

This matter was heard on October 2, 2019 on the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. Defendant was present and represented by counsel. The Report and Recommendations (Doc. #54 and #68) of the Magistrate Judge are adopted and Defendant is found in violation of Supervision as to Violations #1 - #4. Upon consideration of statements of counsel, the Court finds that the terms of the defendant's supervised release have been violated as follows:

1) Failure to Report as Directed – Mr. Dixon did not report to the U.S. Probation Office in the Southern District of Florida upon his release from custody.

2) Unauthorized Travel – Mr. Dixon left the Southern District of Florida without advanced permission from that district.

3) Providing False Information – Mr. Dixon provided false information to the U.S. Probation Officer.

4) Law Violation – On 09/28/2018, Mr. Dixon was charged with 18 U.S.C. § 1028(a)(7) Identify Theft, 18 U.S.C. § 1028A Aggravated Identify Theft,

5:17CR230

and 18 U.S.C. § 1344 Bank Fraud in Criminal Complaint 5:18MJ10210 in the Northern District of Ohio.

Defendant is sentenced to the Bureau of Prisons for a term of 18 months consecutive to the sentence in case #5:18CR667. Supervision is terminated.

IT IS SO ORDERED.

Date: December 4, 2019            s/John R. Adams
                                                    JOHN R. ADAMS
                                                    UNITED STATES DISTRICT JUDGE